EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Luis E. Rodríguez Santiago | 2002 TSPR 140<br><br>157 DPR \_\_\_\_ |

Número del Caso: TS-7590

Fecha: 6/septiembre/2002

Oficina de Inspección de Notarías:
                         Lcda. Carmen H. Carlos
                         Directora

Oficina del Procurador General:
                         Lcda. Noemí Rivera De León
                         Procurador General Auxiliar

Abogado de la Parte Querellada:
                    Por Derecho Propio

Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luis E. Rodríguez Santiago

TS-7590

Sala Especial de Verano integrada por el Juez Asociado señor Fuster Berlingeri como su Presidente y los Jueces Asociados señores Corrada del Río y Rivera Pérez.

RESOLUCION

San Juan, Puerto Rico, a 6 de septiembre de 2002.

Examinadas la moción solicitando reinstalación y la moción informativa y reiterando solicitud de reinstalación presentadas por el querellado, Luis E. Rodríguez Santiago, se ordena su reinstalación al ejercicio de la profesión de abogado y de la Notaría.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo